UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 8, 2018
DCO-076

No. <u>17-3110</u>

UNITED STATES OF AMERICA

v.

JEREMY HACHEY,
   Appellant

(E.D. Pa. No. 5-16-cr-00128-001)

Present:  JORDAN, SHWARTZ and KRAUSE, <u>Circuit Judges</u>

1. Motion by Appellee for Summary Affirmance and to be Excused from Filing a Brief

2. Appellant's Response in Opposition

Respectfully,
Clerk/cjg

_____ORDER_____

Because the panel is bound to apply existing Circuit precedent, and as Appellant expressly seeks to overturn that precedent, and such relief is only possible through en banc consideration, <u>see</u> Third Circuit I.O.P. 9.1; <u>Joyce v. Maersk Line Ltd</u>, 874 F.3d 502, 508 (3d Cir. 2017) (en banc), the motion for summary affirmance is granted and the Appellee is excused from filing a response brief.  Nothing herein precludes the Appellant from filing a petition for en banc rehearing if he so wishes.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: May 9, 2018
CLW/CJG/cc: Jennifer B. Jordan, Esq.
            Richard Q. Hark, Esq.

Certified as a true copy and issued in lieu of a formal mandate on   May 31, 2018

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**